CARL STERN, PETITIONER, *v.* COMMISSIONER OF INTERNAL REVENUE, RESPONDENT.

Docket No. 19377.    Promulgated December 17, 1926.

*Carl Stern* pro se.
*W. F. Gibbs, Esq.,* for the respondent.

LITTLETON: The Commissioner determined a deficiency of $688.45 for the calendar year 1923. Petitioner claims that this deficiency is incorrect in so far as it results from the disallowance by the Commissioner of a loss of $7,134.88 on German marks and German Government bonds.

### FINDINGS OF FACT.

Petitioner is a resident of Brooklyn, N. Y. On various dates during the years 1920, 1921, and 1922, he acquired an aggregate of

569,000 German marks, at a total cost of $4,701.88. The market value of the 569,000 marks on January 1, 1923, was $78.52. The market value of the same total number of marks which the petitioner still owned on December 31, 1923, was $.000,000,132,008.

During the years 1915 and 1922 the petitioner acquired certain German Government bonds, at a total cost of $2,433. These bonds were owned by the petitioner throughout the calendar year 1923 and on January 31 of that year they had a value of $4.14, and the same bonds had a value on December 31, 1923, of $.000,395.

Neither the marks nor the bonds were sold or otherwise disposed of by the petitioner during the calendar year 1923. In his income-tax return for the calendar year 1923 petitioner claimed a deduction of $7,134.88, the total cost of the marks and bonds, as a loss sustained in that year. Petitioner's return for 1923 showed a tax of $136.29, which amount, less 25 per cent credit allowed by the Revenue Act of 1924, he paid.

Upon audit of the return the Commissioner denied the deduction of $7,134.88 and increased the income accordingly.

> *Judgment will be entered for the petitioner upon the issue raised. Order of redetermination will be entered on 15 days' notice, under Rule 50. Appeal of Murchison National Bank, 1 B. T. A. 617; Appeal of Samuel Bird, 4 B. T. A. 259.*